3373.   COWART, by next friend, *v.* WAYCROSS ELECTRIC LIGHT & POWER CO.

POWELL, J.   The court erred in granting a nonsuit.
                          *Judgment reversed.*
          DECIDED NOVEMBER 7, 1911.

Action for damages; from city court of Waycross—Judge McDonald.   March 18, 1911.

*James R. Thomas, James W. Poppell, A. B. Spence,* for plaintiff.
*J. L. Sweat,* for defendant.

---

3376.   BLOCKER *v.* IRVINE.

POWELL, J.   The only assignment of error is that the court erred in overruling a general demurrer to the petition. As originally drawn the petition was subject to demurrer. Before the demurrer was passed on, the court allowed an amendment fully curing the deficiency. The only question argued in this court is whether the court erred in allowing the amendment. The assignment of error is inadequate to raise this question.                          *Judgment affirmed.*
          DECIDED NOVEMBER 7, 1911.

Trover; from city court of Macon—Judge Hodges.   March 15, 1911.

*B. J. Fowler,* for plaintiff in error.
*R. S. Wimberly,* contra.